KS

Apr 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-20214-CR-COOKE/O'SULLIVAN

Case No. _____

18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

MAURICIO QUINCHIA MARIN,

        **Defendant.**

_____ /

### INDICTMENT

The Grand Jury charges that:

### Counts 1-2

On or about the dates set forth below as to each count, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAURICIO QUINCHIA MARIN,**

did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by a law enforcement officer to be the proceeds of a specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be proceeds of specified unlawful activity:

| Count | Approximate Date of Financial Transaction | Approximate Amount | Financial Transaction |
|---|---|---|---|
| 1 | March 19, 2019 | $100,000 | Receipt of cash in U.S. currency by US-1 America, Inc., at defendant's direction |
| 2 | June 25, 2019 | $100,000 | Receipt of cash in U.S. currency by US-1 America, Inc., at defendant's direction |

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United states Code, Sections 1956(a)(3)(B) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MAURICIO QUINCHIA MARIN,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property, including the following:

(a) all money or other property that was the subject of each financial transaction that the defendant conducted or conspired to conduct, in violation of Section 1956(a)(3);

(b) all commissions, fees and other property obtained as a result of those violations;

(c) all property used in any manner or part to commit or to facilitate the commission of those violations; and specifically including

2

(d) $200,000 in U.S. currency.

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures outlined at Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
YENEY HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MAURICIO QUINCHIA MARIN,

         Defendant.
_____ /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

_x_ Miami  ____ Key West
____ FTL    ____ WPB    ____ FTP

New Defendant(s)          Yes ____   No ____
Number of New Defendants      ____
Total number of counts        ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect   Spanish

4. This case will take   4-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days        X           Petty          ____
   II   6 to 10 days       ____        Minor          ____
   III  11 to 20 days      ____        Misdem.        ____
   IV   21 to 60 days      ____        Felony         X
   V    61 days and over   ____

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? Yes ____ No X

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003 (Mag. Judge Shaniek Maynard?   Yes ____ No X

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____ No X

*Yeney Hernandez*
Yeney Hernandez
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502300

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>**MAURICIO QUINCHIA MARIN**</u>

**Case No**: _____

Count #: 1

<u>Money Laundering</u>

<u>Title 18, United States Code, Section 1956</u>

**\*Max. Penalty: 20 years' Imprisonment**

Count #: 2

<u>Money Laundering</u>

<u>Title 18, United States Code, Section 1956</u>

**\*Max. Penalty: 20 years' Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**